# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| California Spine and Neurosurgery Institute,<br><br>  Plaintiff,<br><br>vs.<br><br>Aetna Life Insurance Co.,<br><br>  Defendant. | Case No.: CV 18-6829-DMG (KSx)<br><br>**ORDER RE DISMISSAL OF ACTION WITH PREJUDICE [40]** |

THE COURT having reviewed the Parties' Stipulation for Dismissal of the Entire Action With Prejudice, IT IS HEREBY ORDERED that the above-captioned action is dismissed with prejudice, with the parties to bear their respective costs and fees.

DATED:  June 18, 2020

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE

-1-